IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA M. ROJO,<br><br>      Plaintiff,<br><br>vs.<br><br>JERRY WATSON, in his Official and Individual Capacity as Hall County Sheriff; DAVID A. WASKOWIAK, in his Individual Capacity as Hall County Deputy Sheriff; and BRUMBAUGH & QUANDAHL P.C., LLO,<br><br>      Defendants. | 4:15CV3134<br><br>ORDER |

Defendant David A. Waskowiak has moved for a protective order, stating this court lacks personal and subject matter jurisdiction over Plaintiff's claims against him. (Filing No. 38). The same jurisdictional arguments are raised in Defendant Waskowiak's pending motion to dismiss, (Filing No. 31). That motion must be decided before Plaintiff can obtain discovery from Defendant Waskowiak.

IT IS ORDERED:

1) Defendant Waskowiak's motion for protective order, (Filing No. 38), is granted.

2) Pending a ruling on Defendant Waskowiak's motion to dismiss, Plaintiff is prohibited from deposing Defendant Waskowiak and from obtaining discovery from him.

March 16, 2017.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge